**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Amber Brown Davidson, Henry C. Gaskins, and Steven
Jeffery Davidson, Defendants,

Of whom Steven Jeffery Davidson is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2015-002601

Appeal From Colleton County
Deborah A. Malphrus, Family Court Judge

Unpublished Opinion No. 2016-UP-345
Submitted June 17, 2016 – Filed June 28, 2016

**AFFIRMED**

Robert J. Bonds, Hetrick, Harvin & Bonds, LLC, of
Walterboro, for Appellant.

Jillian D. Ullman, of the South Carolina Department of
Social Services, of Walterboro, for Respondent.

Gregory Michael Galvin, of Galvin Law Group, of Bluffton, for the Guardian ad Litem.

_____

**PER CURIAM:**  Steven Jeffery Davidson appeals the family court's final order terminating his parental rights to his two minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2015).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Davidson's counsel.

**AFFIRMED.**[1]

**HUFF, KONDUROS, and GEATHERS, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.